# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

**CHRIS MYERS,**

                **Plaintiff,**

**v.**                                                    **CIVIL NO.  05-3222-GTV**

**SONDRA ELLIOTT, et al.,**

                **Defendants.**

**( )**    **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**( X )**    **DECISION BY THE COURT.**  This action came before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this matter is dismissed without prejudice to permit plaintiff to use available administrative remedies.

Entered on the docket 05/24/05

**Dated:  May 24, 2005**                              **RALPH L. DeLOACH, CLERK**

                                                              **s/S. Nielsen-Davis**
                                                               **Deputy Clerk**